# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2020

SEAN F. McAVOY, CLERK

PIERRE T.,

*Plaintiff*

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 4:19-CV-05015-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 21, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 19, is DENIED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John T. Rodgers on cross-motions for summary judgment.

Date: March 30, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel